# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2669 Disciplinary Docket No. 3 |
| | : | |
| Petitioner | : | No. 187 DB 2019 |
| | : | |
| v. | : | Attorney Registration No. 30018 |
| | : | |
| NEIL I. MITTIN, | : | (Montgomery County) |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of June, 2020, upon consideration of the Verified Statement of Resignation, Neil I. Mittin is disbarred on consent from the Bar of this Commonwealth, retroactive to December 8, 2019. *See* Pa.R.D.E. 215. Respondent shall comply with all of the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).